# BILL OF LADING
### NOT NEGOTIABLE

IN ANY CORRESPONDENCE ORDER NUMBER: 721 07005

ONE O TED DRIVE FENTON, MO 63026
PHONE (636) 326-3100

OGILVIE SECURITY ADV
OGILVIE SECURITY ADV
1001 S CANAL ST
CHICAGO   316   IL  60611
STEPHANIE X 221   312-xxx-xxxx

OGILVIE SECURITY ADV
116 HUNTINGTON, 9TH FLOOR
BOSTON,   018   MA   02110
WESLEY X 7802   617-721-1760

Tracy Taylor
E2... 699-236
7005
X 5001

LD 8/6, 9 AM. DRIVER TO ARRANGE LD TIME WITH KEVIN/321. 321 WILL HAVE CREW TO LD. DRIVER ASSIST IN VAN.

DEL TO AGT 381 FOR AUX SERVICE. SHIPMENT NEEDS TO BE AT 381'S WHSE BY 8/11 IN THE AM. 381 WILL DEL 8/11 PM

| Date Loaded | Earliest Load | Agreed Delivery Period Earliest / Latest | Dock to Dock Service |
|---|---|---|---|
| 8/6 | 8/9 | 8/9 / 8/11 | ☐ |

☐ EXCLUSIVE USE OF A _____ CU. FT. VEHICLE ORDERED (MIN. 1400 CU. FT.)
☐ SPACE RESERVATION _____ CU. FT. ORDERED (MIN. 100 CU. FT.)
☐ SELECTED DELIVERY DATE SERVICE ORDERED BY SHIPPER BASED ON MINIMUM WEIGHT OF _____ LBS. DELIVER ON OR BEFORE _____ (Date)
☐ MANUFACTURERS/SHIPPERS WEIGHT _____ LBS.
☐ MINIMUM WEIGHT RULE: SHIPMENT WILL OCCUPY  18  LINEAR FEET OF VAN. RESULTING IN MINIMUM SHIPPING WEIGHT OF  18,001  LBS.

☐ C.O.D./PPD.  ☐ GOVT.  ☐ NAT. ACCT. 057113-0002
BILL TO: OGILVIE SECURITY ADVISORS CORP
STREET: 900 N MICHIGAN AVE STE 2002
CITY: CHICAGO    IL 60611
ATTN: ACCOUNTS PAYABLE    P.O./GBL NO.

BASIS OF WEIGHT

SIGNATURE OF SHIPPER OR THEIR AGENT  X _____

The rules, regulations, rates and charges set out in the contract rate schedule or applicable tariff currently in effect on the day of loading shall govern this shipment.

All terms written, printed, stamped or typed on the front or back of this form are agreed to by both parties.

THE LEVEL OF CARRIER LIABILITY IS BASED UPON FEDERAL LAW - IT IS NOT INSURANCE

**IMPORTANT NOTICE:**
Unless a different value is declared, the shipper hereby releases the property to a value not exceeding  35,000.00 PER SHPMNT

The shipper declares value of the property to be $ _____ and hereby releases and limits value and liability subject to the contract terms and conditions on the reverse hereof.

This carrier and the above named shipper agree that this carrier shall transport the goods and effects tendered by the shipper-subject to the preceding.

X _____
(SIGNATURE OF SHIPPER OR HIS AGENT AT ORIGIN)
(SHIPPER, PLEASE PRINT NAME)

ORIGINAL / REWEIGH   ☐ SHIPPER REQUESTED REWEIGH
GROSS WT. _____ / _____
TARE WT. _____ / _____
NET WT. _____ / _____

| TARIFF/CONTRACT | SECTION | EXCPTN | | RATE TYPE | NO. OF ITEMS |
|---|---|---|---|---|---|
| 451B | 0 | | | | |

| MILES | WEIGHT MINIMUM | BILLED | RATE | LINEHAUL CHARGE |
|---|---|---|---|---|
| 962 | | | | |

| AGENT # | ADDITIONAL SERVICES | RATE | CHARGES |
|---|---|---|---|
| | | | |

| AGENT | CODE | NAME | PHONE NO. |
|---|---|---|---|
| Book. | 321ALL | CHICAGOLAND M | 630-8324114 |
| Dest. | 321ALL | CHICAGOLAND M | 630-8324114 |
| Origin | 321ALL | CHICAGOLAND M | 630-8324114 |
| G-11 | VAN NO. | MILES HAULED | AUTH. BY |

X _____ SIGNED AT ORIGIN - CARRIER AGENT/DRIVER   DATE   I.D.

| O | STG. AUTH. BY: | DATE ➡ |
| | LBS. TO/FROM WHSE. | MILES |
| S I T | 1ST DAY | DATE IN: |
| | 2ND DAY | TO | NO DAYS |
| | WAREHOUSE HANDLING | |
| D | EXTENDED VALUATION | |
| | ESTIMATED CHARGES | TOTAL CHARGES ➡ |

| DRIVER I.D. | VAN NO. | P/U DATE | FROM | TO | AGENT WHSE. | SET-OFF/SIT | AUTHORIZED BY |
|---|---|---|---|---|---|---|---|
| | | | | | 381 | | |

X Debbie Hare (signature)
X Debbie Hare

Shipper Refused Due to Damage
Rec'd @ 30!
8/9/04
RMBrennan

### ADDITIONAL SPECIAL INSTRUCTIONS/EQUIPMENT TO LOAD

CONTACT AT 381: TODD, 800.448.8295
PIECE COUNT IS APPROX, MAY CHANGE. DECKING/STACKING MAY BE REQD.
QUESTIONS, CALL TOM/JOE @ 321
DRIVER ASSIST IN VAN, 120+ PADS REQD, STRAP SECURELY.

X-Furniture was not padded. Damage to shipment. Wesley refused shipment.

**ORIGIN**

X _____
CONSIGNEE'S PRINTED NAME

X _____
CONSIGNEE'S SIGNATURE

X _____
SIGNED ON LOADING - CARRIER AGENT / DRIVER   ID   TIME   DATE

**DESTINATION**

X _____
CONSIGNEE'S PRINTED NAME

X _____
CONSIGNEE'S SIGNATURE ON DELIVERY   TIME   DATE

WAREHOUSEMAN/DESTINATION AGENT COPY