UNITED VAN LINES, LLC
22304 NETWORK PLACE
CHICAGO, IL  60  -1223

FED. ID #43-1881471

FORWARD CORRESPONDENCE TO:
United Van Lines, LLC
One United Drive
Fenton, MO 63026-1350
636-326-3100

OGILVIE SECURITY ADVISORS CORP
ATTN: ACCOUNTS PAYABLE
900 N MICHIGAN AVE   STE 2002
CHICAGO,  IL   60611

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 0321 07009 4    01 | 09/03/04 |

P.O. NO.

| SHIPMENT OF HOUSEHOLD GOODS FOR | FROM | TO |
|---|---|---|
| OGILVIE SECURITY ADV | CHICAGO      IL | BOSTON      MA |

Tariff No.  451B  8    962 Miles   25200 / 36000   Lbs. At                          Per Cwt. $

```
                                TRANSPORTATION                     2371.95
2371.95     FUEL SURCHARGE         @  7.50%                         177.90
2371.95     INS. RELATED REVENUE   @  4.00%                          94.88
      1     TOLL RECOVER SER FEE   @ 75.00/EA                        75.00
            DETENTION                                               128.00
            DESTINATION SERVICES                                   1800.00
            ORIGIN SERVICES                                        1453.14

            NET TOTAL:                                             6100.87
```

TOTAL CHARGES
6100.87

REMIT ___6100.87___ IF PAYMENT POSTMARKED BY    09/16/04
REMIT ___6161.87___ IF PAYMENT POSTMARKED AFTER  09/16/04

TO INSURE PROPER CREDIT, PLEASE RETURN THIS STUB WITH PAYMENT.

| INVOICE NO. | |
|---|---|
| 0321 07009  4    01 NATL | |
| NET DUE | |
| 6100.87 | 1911 |
| | 1911 |
| LATE CHARGE | |
| 61.00 | 6300-01 |
| TOTAL CHARGES | |
| 6161.87 | |

OGILVIE SECURITY ADVISORS CORP
ATTN: ACCOUNTS PAYABLE
900 N MICHIGAN AVE   STE 2002
CHICAGO,  IL   60611

# Wesley Chused

| | |
|---|---|
| From: | Chused, Jacob (GE Transportation) [jacob.chused@Trans.ge.com] |
| Sent: | Monday, October 25, 2004 10:00 AM |
| To: | jakechused@hotmail.com |
| Cc: | Chused, David; chuseda@union.edu; ajchused@aol.com; bookshed@aol.com; ARChused@wellington.com; jakechused@hotmail.com; Lchused@aol.com; Wesley Chused; chustill@rcn.com; felicityseidel@yahoo.com; jabokat@yahoo.com; LSiegel@dglaw.com; Chused, Jacob (GE Transportation); archused@yahoo.com; patchic@msn.com; cpm@sandw.com; wchused@msn.com; jstill@johnstill.com; mjtillman2002@yahoo.com; aktillman@yahoo.com; kimberly.chused@fmc-na.com; JSiegel@sskfny.com; tenslaw@aol.com; ocean807@aol.com; jcsiegel@earthlink.net; calvinlee113@yahoo.com; DANIEL.KOWALSKI@FMR.COM; paul.a.dicarlo@us.pwc.com; scottberliner@hotmail.com; Chris Farver (E-mail); Chused, Jacob (GE Transportation); Anderson, Jason (GE Transportation); Jason Herbaugh; Jennifer Bozza (E-mail); Joe Seroke; Keith Overfield (E-mail); Kelly Jones (E-mail); Khristen Chapin (E-mail); Dugan, Kimberly (GE Transportation); Lesley A Hite (E-mail); Liz Lobsitz (E-mail); Lechner, Matt (GE Transportation, non-ge); Hayes, Michael J (GE Transportation); Michele Tome (E-mail); Mitch Russell; Randy Knoll; Berglund, Raymond W (GE Transportation); Seroke, Joseph; Stacey Beliveau (E-mail); DeGrave, Thomas D (GE Transportation); Yvonne Ewert (E-mail) |
| Subject: | Make-A-Wish Fundraising Event; any help is amazing.... |

Friends, Family and those I think I might be able to squeeze something out of.... (just kidding)......

I am writing to all of you to ask for whatever help that you can provide to help support a massive fundraising event that I am co-chairing in the beginning of February....

Me and one of my good friends here at work decided to co-chair the running of our Winter Wishes 2005 event; an auction based fundraiser in which every penny that we make goes to benefit the Make-A-Wish foundation....for those of you unfamiliar with MAW; basically the foundation grants 'wishes' to children with life-threatening illnesses so that they have something positive to focus on and give them and their families a chance to do something that may not be otherwise possible. While these can vary from anything to a trip to Disneyland, to a pony, to a new piano.....they focus on what the children want most and don't have the means to otherwise get. On average; the wishes themselves are about $5000 to fund and if anyone wants more info; they can check out the website here: http://www.wish.org/

In terms of the specific event that we are running; basically the event is a dinner/auction evening which will be attended by about 250-300 people. We are holding the event at a local Marriot this year who is donating everything but the cost of food to our organization free of charge. The price of admission will include the evening of entertainment and a formal sit down dinner; but also give attendees the opportunity to bid in three auctions held over the course of the evening. While the estimated auction value of each item offered will fall into one of the three below auction formats:

Chinese Auction --- smaller items will be in this auction; where people can but raffle tickets and put them in the buckets in front of each item giving them the opportunity to
     win the specific item.

Silent Auction --- Medium items will be in the auction located on site with bid sheets; people can circulate and write down their bid on the listing; highest bid at the end of
the    time period wins the item.

Traditional Auction -- Large items will be auctioned off in this format; live auctioneer, cut-throat highest bidder takes the prize...


Basically what I am asking from all of you is whether or not you have any items that can be donated to this event (again---the event is Feb 5, 2005) which would hold some sort of value. NO item is too big; and no item is too small.....since we have the benefit of working with three different types of auction formats; we can basically find a niche for

1

anything that we can find....

Items that have been donated in the past:

-Various Autographed Items: Cheryl Crow Music Scores, Joe Paterno Jerseys, Mario Lemieux Jerseys, Tom Brady Super Bowl Hats, Tom Brady Footballs, etc.
-Gift Certificates to anything from restaurants, to movie theaters, to beauty salons
-Airline Tickets, hotel stays, sport events tickets, other special events, etc.
-Items, Artwork, Jewelry, etc.
-Services: Lawn Mowing, Snow Plowing, Hairdressing, Teeth Cleaning, Babysitting, Birthday Parties, etc. etc. etc.

We are looking for:  Anything that is either a stand alone item (Autographed memorabilia, artwork, etc. etc. etc.) or services/other things that can be easily used in the Pa/Cleveland/Buffalo/Niagara/Toronto area-----if there are larger items for places further away; we can def try to package them with airline tix, etc. to make big combo items for people to bid on so PLEASE do not hesitate to ask me if you have any ideas.....

I understand that this may be easier for some to facilitate then for others; and especially for those of you who are out of towners; a number of otherwise location-specific items  might be less pertinent (as lovely as southern California is; it would be a little tough to get people to bid on a day in a Spa if they would need to commute from lovely Erie, Pa.... :) )


Please do not hesitate to let me know if you have any questions about the event or about Make-A-Wish. This is really the situation where those 'I know this kid; whose cousin used to mow the lawn of Ozzy Osborne's Dentists nephew' connections come in.  Get creative and think about what you may have access to that other people would be interested in....

If you have any questions, ideas for donations, or even want to make a strict monetary contribution to the event; drop me an email or give me a call....if you find yourself in the Erie, PA area the weekend of February 5th and want me to get you into the event; it should be a good time and a lot of fun for a great cause....If there is anyone who you think might be able to help out; please forward this email to them as well....even the smallest items will help us get one step closer to additional wishes that can be granted for these kids in tough situations....

I very much appreciate any help that anyone can give; last year the event raised $25,000 and we are aiming for $30,000 this year.

Thanks again in advance!!

-J



Jake Chused
FMP MSA Service Contracts
GE Transportation Systems
2901 East Lake Road, Bldg. 12-201, Erie, PA   16531
Phone: 814 875-6925, Dial Comm 8*348-6925
Fax: 866-421-0297
E-Mail:  jacob.chused@trans.ge.com

01 East Lake Road, Bldg. 12-201, Erie, PA   16531
Phone: 814 875-6925, Dial Comm 8*348-6925
Fax: 866-421-0297
E-Mail:  jacob.chused@trans.ge.com

2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED VAN LINES, LLC, ) | |
| ) | |
| *Plaintiff,* ) | **04 12265 PBS** |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| OGILVIE SECURITY ADVISORS CORP., ) | |
| ) | |
| *Defendant.* ) | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
### (LOCAL RULE 7.3(A))

Plaintiff United Van Lines, LLC states that it is a wholly owned subsidiary of Transportation Services Group, Inc., which is a privately held company.

UNITED VAN LINES, LLC
By its attorneys,

October 27, 2004

Wesley S. Chused (BBO # 083520)
Patrick O. McAleer (BBO #642627)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02100
(617) 951-2800