AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

UNITED VAN LINES, LLC

V.

OGILVIE SECURITY ADVISORS CORP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 cv 12265 PBS

TO: (Name and address of defendant)

Ogilvie Security Advisors Corp.
116 Huntington Avenue
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wesley S. Chused, Esq.
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE  10/27/2004

| RETURN OF SERVICE | | | |
|---|---|---|---|
| Service of the Summons and Complaint was made by me (1) | | DATE | October 29, 2004 |
| NAME OF SERVER | BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __**Ms. Debbie Hoag, President and**__
Duly Authorized Agent for the within-named __**Ogilvie Security Advisors Corp.**__
Said service was made at:
__**116 Huntington Avenue, Boston**__ , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE $ | 24.00 | Trips | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___October 29, 2004___    _[signature] Burton M. Malkofsky_
          Date                                            Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| **Suvalle, Jodrey & Associates** | **One Devonshire Place** | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax # (617) 720-5737 |