UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED VAN LINES, LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>OGILVIE SECURITY ADVISORS CORP., )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 04-12265-PBS |

**DEFENDANT OGILVIE SECURITY ADVISORS CORP.'S CERTIFICATION
UNDER LOCAL RULE 16.1(D)(3)**

The undersigned hereby certify that the authorized representative of the defendant Ogilvie Security Advisors Corp. has conferred with its counsel Lawson & Weitzen, LLP: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Duly Authorized on Behalf of
Defendant Ogilvie Security Advisors Corp.

_____
Counsel for Defendant
J. Mark Dickison (BBO No. 629170)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, Massachusetts 02210
(617) 439-4990

Dated: 12/14/04