UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED VAN LINES, LLC, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12265-PBS |
| OGILVIE SECURITY ADVISORS CORP., | ) ) | |
| *Defendant.* | ) ) | |

**JOINT STATEMENT**

The Plaintiff, United Van Lines, LLC ("United"), and the Defendant, Ogilvie Security Advisors Corp. ("Ogilvie"), submit the following Joint Statement pursuant to this Court's Notice of Scheduling Conference, and agree as follows:

**I.      Joint Discovery Plan.**

The parties propose the following discovery plan for the conduct of this litigation.

1.      Other parties may be joined and the pleadings may be amended in accordance with Rules 14 and 15 of the Federal Rules of Civil Procedure.

2.      Initial disclosures under Rule 26(a)(1), Fed. R. Civ. P. to be filed February 28, 2005.

3.      Non-expert witness and fact discovery, including all depositions, must be concluded by September 30, 2005.

4.      Expert witnesses must be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) and expert's report(s) under Fed. R. Civ. P. 26(a)(2)(B) served by October 31, 2005.

     5.     Expert witness depositions pursuant to Fed. R. Civ. P. 26(a)(2) must be taken by November 30, 2005.

**II.     Proposed Schedule for Filing of Motions.**

     1.     Parties may file motions to compel and seek other orders of the court as the need arises, subject to the provisions of this Court's Local Rules.

     2.     Dispositive motions must be filed no later than January 31, 2006.

     3.     The Court shall determine dates for a final pre-trial conference and for trial after the completion of discovery and determination of any dispositive motions filed by the parties.

     4.     Pursuant to Rule 26(f), the parties recommend no change "in the timing, form or requirement for disclosures under subdivision (a) or local rule."

**III.     Settlement Proposals.**

     The parties have exchanged settlement proposals and have rejected each other's proposals.

**IV.     Certifications Under Local Rule 16.1(D)(3).**

Certifications required under Local Rule 16.1(D)(2) are attached hereto or will be submitted separately by each party by the time of the scheduling conference.

**V.     Trial by Magistrate.**

The plaintiff does not agree to trial by a magistrate judge.

**VI.     Alternative Dispute Resolution.**

The plaintiff does not agree to alternative dispute resolution.

**VII.     Agenda**

The parties propose the following agenda for the Scheduling Conference:

    1.    Identify principal issues and contentions.

    2.    Proposed trial schedule and any unresolved issues as set forth in the joint statement.

    3.    Settlement negotiations.

**VIII.** **Rule 26(F)/Local Rule 16.1 (B) Conference**

A telephone call was held on December 23, 2004, pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1 (B). The following counsel participated in the teleconference:

Wesley S. Chused of Looney & Grossman, LLP for the Plaintiff.

J. Mark Dickison of Lawson & Weitzen, LLP for the Defendant.

| UNITED VAN LINES, LLC | OGILVIE SECURITY ADVISORS CORP. |
|---|---|
| By its attorney, | By its attorney, |
| /s/ Wesley S. Chused | /s/ J. Mark Dickison |
| Wesley S. Chused, BBO #083520<br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2800 | J. Mark Dickison, BBO #629170<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Ave., Suite 345<br>Boston, MA 02210<br>(617) 439-4990 |
| December 23, 2004 | December 23, 2004 |