UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED VAN LINES, LLC, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>OGILVIE SECURITY ADVISORS CORP., )<br>)<br>*Defendant.* )<br>) | CIVIL ACTION<br>NO. 04-12265-PBS |

**PLAINTIFF'S CERTIFICATION PURSUANT**
**TO LOCAL RULE 16.1(D)(3)**

The Plaintiff, United Van Lines, LLC ("United"), and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3) as follows:

Plaintiff United and its counsel have conferred:

(a) with a view to establishing a budget for the cost of conducting a full-course – and various alternative courses – of the litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

UNITED VAN LINES, LLC

December 15, 2004        By: /s/ Eric K. Eickmeyer
                                 Staff Attorney


                                  /s/ "Wesley S. Chused"
December 29, 2004         Wesley S. Chused (BBO #083520)
                                   Attorney for United Van Lines, LLC
                                  LOONEY & GROSSMAN LLP
                                  101 Arch Street
                                  Boston, MA  02110
                                  (617) 951-2800

L:\7398\051\Pld\005.doc