UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United Van Lines, Inc
       Plaintiff

                                               CIVIL ACTION
V.                                         NO. 04-12265-PBS

Ogilvie Securities Advisors Corp.
       Defendant

**ORDER OF REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

_____ EARLY NEUTRAL EVALUATION      \_\_X\_\_ MEDIATION: Fall, 2005

_____ MINI-TRIAL                             _____ SUMMARY JURY TRIAL

_____ SETTLEMENT CONFERENCE      _____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                                            HON. PATTI B. SARIS
                                                             UNITED STATES DISTRICT JUDGE
                                                              BY: /s/ Robert C. Alba
DATE: January 19, 2005                                   DEPUTY CLERK

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | _____ | | |