UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED VAN LINES, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>OGILVIE SECURITY ADVISORS CORP.,<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 04-12265-PBS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that all claims and counterclaims of both parties in this action be dismissed with prejudice and without costs.

                                                    Respectfully submitted,

| OGILVIE SECURITY ADVISORS CORP.<br>By its attorney, | UNITED VAN LINES, LLC<br>By its attorney, |
|---|---|
| */s/ J. Mark Dickison*<br>J. Mark Dickison (BBO #629170)<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Ave., Suite 345<br>35 India Street, 5th Floor<br>Boston, MA 02110<br>(617) 542-6200 | */s/ Wesley S. Chused*<br>Wesley S. Chused (BBO #083520)<br>LOONEY & GROSSMAN LLP<br>101 Arch Street, 9th Floor<br>Boston, MA 02110<br>(617) 951-2800 |
| July 29, 2005 | July 29, 2005 |

L:\7398\051\Pld\008 (Stipulation of Dismissal).doc